### GASPAROWICZ v. OSHINSKY.

(Supreme Court, Appellate Term, First Department. April 14, 1914.)

SET-OFF AND COUNTERCLAIM (§ 57*)—JUDGMENT FOR PLAINTIFF.

In an action for wages, where defendant expressly admitted the claim, but interposed a counterclaim for a less amount, plaintiff was, at all events, entitled to a judgment for the difference between her claim and the counterclaim, and a dismissal of the complaint was erroneous.

[Ed. Note.—For other cases, see Set-Off and Counterclaim, Cent. Dig. § 128; Dec. Dig. § 57.*]

Appeal from Municipal Court, Borough of Manhattan, Eighth District.

Action by Tessie Gasparowicz against Isidor M. Oshinsky. From a judgment dismissing the complaint without prejudice, plaintiff appeals. Reversed and remanded.

Argued March term, 1914, before SEABURY, LEHMAN, and BIJUR, JJ.

Nathan April, of New York City, for appellant.
Charles S. Rosenberg, of New York City, for respondent.

BIJUR, J. The record of the case shows so irregular a course of practice, both previous to and at the trial, as alone to require a reversal; but, on what may be called the merits, plaintiff sued for $17 wages, which claim defendant expressly admitted and interposed a counterclaim of $12. In any view of the controversy therefore, plaintiff was entitled to a judgment for $5.

Judgment reversed, and new trial granted, with costs to appellant to abide the event. All concur.

